IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **HECTOR RIVERA, Inmate #A-82256,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **CIVIL NO. 05-463-JLF** |
| ) | |
| **JOSEPH SMITH,** *et al.***,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

**FOREMAN, District Judge:**

On August 18, 2005, the Clerk received a notice from the Illinois Department of Corrections that Plaintiff Hector Rivera is now deceased. That letter has been construed as a suggestion of death (Doc. 6).

**IT IS HEREBY ORDERED** that, pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, any successors or representatives of Plaintiff's estate shall file a motion for substitution of parties within **NINETY (90) DAYS** of the date of entry of this order.

**IT IS FURTHER ORDERED** that if no successor or representative files such a motion within the allotted time, this action shall be dismissed with prejudice.

**IT IS SO ORDERED.**
**DATED:  August 30, 2005.**

*s/ James L. Foreman*
**DISTRICT JUDGE**