### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **HECTOR RIVERA, Inmate #A-82256,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **CIVIL NO. 05-463-JLF** |
| | ) | |
| **JOSEPH SMITH,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## JUDGMENT

On August 18, 2005, the Clerk received a notice from the Illinois Department of Corrections that Plaintiff Hector Rivera is deceased; that letter was construed as a suggestion of death (Doc. 6). On August 30, 2005, the Court directed any successors or representatives of Plaintiff's estate to file a motion for substitution of parties within ninety days (Doc. 7). No such motion has been filed within the allotted time, and the Court therefore has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed for failure to prosecute this action. Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

November 30, 2005.          By:     s/ *James L. Foreman*
*Date*                                     *District Judge*